EAST BATON ROUGE PARISH
Filed Jun 14, 2022 8:39 AM
Deputy Clerk of Court
E-File Received Jun 13, 2022 12:48 PM

C-720055
31

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, Section 13, Louisiana Supreme Court General Administrative Rules

The civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:   Helen Byrd
_____

vs.

Trisura Specialty Insurance Company, et al.
_____

Court: 19th Judicial District Court                    Docket Number: _____

Parish of Filing:  East Baton Rouge                    Filing Date: _____

Name of Lead Petitioner's Attorney:  Chet G. Boudreaux _____

Name of Self-Represented Litigant: _____

Number of named petitioners:   1 _____    Number of named defendants:   3 _____

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| ☒ Auto: Personal Injury | ☐ Auto: Property Damage |
| ☐ Auto: Wrongful Death | ☐ Auto: Uninsured Motorist |
| ☐ Asbestos: Property Damage | ☐ Asbestos: Personal Injury/Death |
| ☐ Product Liability | ☐ Premise Liability |
| ☐ Intentional Bodily Injury | ☐ Intentional Property Damage |
| ☐ Intentional Wrongful Death | ☐ Unfair Business Practice |
| ☐ Business Tort | ☐ Fraud |
| ☐ Defamation | ☐ Professional Negligence |
| ☐ Environmental Tort | ☐ Medical Malpractice |
| ☐ Intellectual Property | ☐ Toxic Tort |
| ☐ Legal Malpractice | ☐ Other Tort (describe below) |
| ☐ Other Professional Malpractice | ☐ Redhibition |
| ☐ Maritime | ☐ Class Action (nature of case) |
| ☐ Wrongful Death | |
| ☐ General Negligence | |

Please briefly describe the nature of the litigation in one sentence of additional detail:

automobile accident resulting inpersonal injuries
_____

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Chet G. Boudreaux                    Signature

Address  Gordon McKernan Injury Attorneys, 5656 Hilton Avenue, Baton Rouge, LA 70808

Phone Number:  (225) 888-8888                    E-mail address:  chet@getgordon.com

1/4/12


Certified True and
Correct Copy
CertID: 2022081500878

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:35 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jun 14, 2022 8:39 AM
Deputy Clerk of Court
E-File Received Jun 13, 2022 12:48 PM

C-720055
31

| | |
|---|---|
| HELEN BYRD | DOCKET NO.:    SECTION " " |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC. and PEDRO PULIDO | PARISH OF EAST BATON ROUGE |
| | STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes petitioner, **HELEN BYRD**, a person of full age of majority and domiciled in the Parish of West Baton Rouge, State of Louisiana, who with respect represents the following:

1.

Made defendants herein are:

a.  **TRISURA SPECIALTY INSURANCE COMPANY**, a foreign insurance company that may be served with process through its registered agent, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

b.  **MAIN TRANSPORT, INC.,** a foreign corporation that can be served via the Louisiana Long-Arm Statute through its registered agent, Ruben Perez, 14264 SW 289 Terrace, Homestead, Florida 33033; and,

d.  **PEDRO PULIDO**, a non-resident believed to be of full age of majority domiciled in Miami, Florida, who can be served via the Louisiana Long-Arm Statute with process at 17116 SW 142nd Court, Apartment 201, Miami, Florida 33177.

2.

The defendants are justly and truly indebted unto your petitioner, jointly, severally and *in solido*, for damages, injuries, and losses that she has sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about July 30, 2021, at approximately 8:18 a.m., petitioner, **HELEN BYRD**, was the owner and operator of a 2017 Honda Accord traveling eastbound in the far right-hand lane on Interstate 10 in the Parish of East Baton Rouge, State of Louisiana.

4.

At or about the same time, defendant, **PEDRO PULIDO**, was operating a 2015 Volvo Tractor and Trailer, while in the course and scope of his employment with defendant, **MAIN TRANSPORT, INC.,** traveling eastbound on Interstate 10 in the lane immediately to the left of petitioner's lane of travel, in the Parish of East Baton Rouge, State of Louisiana.

1

**Certified True and Correct Copy**
CertID: 2022081500886

*(al 3 aw)*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:35 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

As the petitioner traveled eastbound on I-10, suddenly and without warning, the **PULIDO** entered the lane of travel of the petitioner's vehicle, striking the petitioner's vehicle, causing the petitioner's vehicle to strike a guard rail, resulting in serious injuries to petitioner and damage to petitioner's vehicle.

6.

Petitioner is informed, believes and therefore alleges that at the time of the accident the defendant, **TRISURA SPECIALTY INSURANCE COMPANY,** had issued a policy of insurance in favor of defendants and under the laws of the State of Louisiana was in full force and effect at the time of the accident, which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

7.

Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of defendant, **PEDRO PULIDO,** which is described in part but not exclusively as follows:

   a.    In failing to see what he should have seen, and if having seen, in failing to heed;

   b.    In failing to maintain control of his tractor and trailer;

   c.    In violation of La. R.S. 32:79;

   d.    In failure to maintain a proper lookout;

   e.    In carelessly operating his tractor and trailer;

   f.    In disobeying traffic control warnings;

   g.    In driving in a reckless disregard for the safety of others;

   h.    Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

8.

In addition to the negligence alleged heretofore, petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of defendant, **MAIN TRANSPORT, INC.,** which is described in part but not exclusively as follows:

   a.    In failing to provide proper driver training;

   b.    In failing to employ a safe and competent driver;

2

*Certified True and Correct Copy*
CertID: 2022081500886

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:35 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

c.    In failing to properly supervise and instruct its drivers; and

d.    Any and all acts of negligence, omissions, and/or legal fault which constitute a violation to be shown at the time of this trial to be a proximate cause of petitioner's injuries, damages, or losses.

9.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, petitioner, **HELEN BYRD**, suffered severe and disabling injuries including, but not limited to:

a.    Upper back injury;

b.    Lower back injury;

c.    Any and all other damages to be shown at trial of this matter.

10.

As a result of the aforementioned accident, petitioner, **HELEN BYRD**, suffered the following damages:

a.    Physical pain and suffering – past, present, and future;

b.    Mental and emotional pain, anguish, and distress – past, present, and future;

c.    Medical expenses – past, present, and future;

d.    Loss of income and impairment of earning capacity – past, present, and future;

e.    Loss of enjoyment of life – past, present, and future;

f.    Other damages and losses to be shown at trial.

3

**Certified True and Correct Copy**
CertID: 2022081500886

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:35 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of the petition, and after all legal delays and due proceedings had, there be judgment in favor of petitioner, **HELEN BYRD**, and against the defendants, **TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC.** and **PEDRO PULIDO**, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

_____
Chet G. Boudreaux (#28504)
Direct:  (225) 926-1578
Direct Fax:  (225) 490-4516
chet@getgordon.com

Richard F. Zimmerman, III (#31374)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone:  (225) 388-3115
Facsimile: (225) 490-4531

**PLEASE SERVE:**

**TRISURA SPECIALTY INSURANCE COMPANY**
Through its registered agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE SERVE VIA THE LOUISIANA LONG ARM STATUTE:**

**MAIN TRANSPORT, INC.**
Through its registered agent:
Ruben Perez
14264 SW 289 Terrace
Homestead, FL  33033

**PEDRO PULIDO**
17116 SW 142 Court, Apartment 201
Miami, Florida, 33177

4


**Certified True and Correct Copy**
CertID: 2022081500886

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:35 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RETURN COPY**



**D9242470**

## CITATION

| | |
|---|---|
| **HELEN BYRD**<br>(Plaintiff) | **NUMBER C-720055 "31"** |
| | **19TH JUDICIAL DISTRICT COURT** |
| **VS** | |
| **TRISURA SPECIALTY INSURANCE**<br>**COMPANY, ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

**TO:    TRISURA SPECIALTY INSURANCE COMPANY**
       **THROUGH ITS REGISTERED AGENT:**
       **LOUISIANA SECRETARY OF STATE**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 15, 2022.**



*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BOUDREAUX, CHET G.**
*The following documents are attached:

**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____. I made service on the named party **through the**

| | |
|---|---|
| SERVICE:$_____ | Office of the Secretary of State on |
| MILEAGE$_____ | |
| TOTAL:  $_____ | **JUN 2 0 2022** |

               **Deputy Sheriff**
           **Parish of East Baton Rouge**       by tendering a copy of this document to:

                  **CITATION-2000**         **JULIE NESBITT**

                                **DY. M. LOCKWOOD #0303**
                            Deputy Sheriff, Parish of East Baton Rouge, LA

*Carl B Dunn*



**Certified True and**
**Correct Copy**
CertID: 2022081500887

                    **East Baton Rouge Parish**
                    **Deputy Clerk Of Court**

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 12, 2022 9:37 AM
Deputy Clerk of Court
E-File Received Jul 11, 2022 4:57 PM

C-720055
31

LAW OFFICES

# DONOHUE, PATRICK & SCOTT

A PROFESSIONAL LIMITED LIABILITY COMPANY

450 LAUREL STREET
SUITE 1600
BATON ROUGE, LOUISIANA 70801

POST OFFICE BOX 1629                                        TELEPHONE (225) 214-1908
BATON ROUGE, LOUISIANA 70821-1629                          FACSIMILE (225) 214-3551

KELLY D. PICOU
kpicou@dps-law.com

July 11, 2022

**VIA ELECTRONIC FILING**
Clerk of Court
19th Judicial District Court
222 St. Louis Street
Baton Rouge, LA 70802

Re:     Byrd v. Pulido, et al.
        19th JDC, East Baton Rouge Parish, Louisiana, Docket No. C-720055, Div. 31
        Claim No.: 21090007
        DPS File No.: 3098.001

Dear Clerk:

Please find attached the following documents filed on behalf of Defendant, Trisura Specialty Insurance Company in connection with the above action:

1. Dilatory Exception of Nonconformity of The Petition and Vagueness and Answer to Plaintiff's Petition for Damages and Jury Request
2. Request for Notice
3. Proposed Jury Order
4. Proposed Rule to Show Cause on Defendants' Dilatory Exception of Nonconformity of The Petition and Vagueness

Please file the attached documents into the record, and upon setting and execution of the Rule to Show Cause, please serve Plaintiff through her counsel of record via Sheriff service as indicated on the Rule. Additionally, please provide our office with a conformed copy of the enclosed upon setting of the Rule to Show Cause and filing.

Should you have any questions, or need any additional information, please do not hesitate to contact our office. Thank you for your assistance.

Sincerely,

DONOHUE, PATRICK & SCOTT, PLLC

Kelly D. Picou
*Paralegal to Blake A. Altazan*

/kdp
Attachments
cc:     Chet G. Boudreaux



**Certified True and Correct Copy**
CertID: 2022081500890

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 12, 2022 9:37 AM
Deputy Clerk of Court
E-File Received Jul 11, 2022 4:57 PM

C-720055
31

| | |
|---|---|
| **HELEN BYRD** | **DOCKET NO. C-720055     DIV . 31** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC., and PEDRO PULIDO** | **EAST BATON ROUGE PARISH** **STATE OF LOUISIANA** |

## DILATORY EXCEPTION OF NONCONFORMITY OF THE PETITION AND VAGUENESS AND ANSWER TO PLAINTIFF'S PETITION FOR DAMAGES AND JURY REQUEST

NOW INTO COURT, through undersigned counsel, comes Defendant, **TRISURA SPECIALTY INSURANCE COMPANY** (hereinafter "Trisura") who provides the following Dilatory Exception of Nonconformity of the Petition and Vagueness and Answer to Plaintiff's Petition for Damages.

## DILATORY EXCEPTION OF NONCONFORMITY OF THE PETITION AND VAGUENESS (WITH INCORPORATED SUPPORTING LEGAL AUTHORITIES)

Defendant pleads the dilatory exception of nonconformity of the Petition and vagueness pursuant to Louisiana Code of Civil Procedure art. 926(A)(4) and (5) on the basis that Plaintiff has not specified in her Petition for Damages whether the amount of damages claimed meets the requisite threshold to establish the jurisdiction of the court, the right to a jury trial, or the lack of jurisdiction of federal courts due to insufficiency of damages. See Louisiana Code of Civil Procedure art. 893. The Defendant respectfully requests that Plaintiff be ordered to provide a general allegation whether the claim asserted is in excess or is less than the requisite amount required as mandated by Louisiana Code of Civil Procedure art. 893.

## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S PETITION FOR DAMAGES AND JURY REQUEST

Defendant, **TRISURA SPECIALTY INSURANCE COMPANY** answers Plaintiffs' Petition for Damages by denying each and every allegation contained therein, unless specifically admitted below, and aver as follows:

**1.**

The allegations contained in Paragraph 1, subpart (a) of Plaintiff's Petition for Damages are admitted. The allegations contained in Paragraph 1, subparts (b) and (c) of Plaintiff's Petition for Damages are denied for lack of information to justify a belief therein.



**Certified True and Correct Copy**
CertID: 2022081500891

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**2.**

The allegations contained in Paragraph 2 of Plaintiff's Petition for Damages call for a legal conclusion and therefore, no response is required by Defendant.  However, to the extent a response is required, they are denied for lack of sufficient information to justify a reasonable belief therein.

**3.**

The allegations contained in Paragraph 3 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a reasonable belief therein

**4.**

The allegations contained in Paragraph 4 of Plaintiff's Petition for Damages call for a legal conclusion and therefore, no response is required by Defendant.  However, to the extent a response is required, they are denied for lack of sufficient information to justify a reasonable belief therein.

**5.**

The allegations contained in Paragraph 5 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a reasonable belief therein

**6.**

In response to the allegations contained in Paragraph 6 of Plaintiff's Petition for Damages, Defendant pleads the policy, which represents the best evidence of its terms and conditions. That policy contains many terms, provisions, and exclusions all of which are pleaded herein as if set forth in extenso.

**7.**

The allegations contained in Paragraph 7 of Plaintiff's Petition for Damages call for a legal conclusion and therefore, no response is required by Defendant.  However, to the extent a response is required, they are denied for lack of sufficient information to justify a reasonable belief therein.

**8.**

The allegations contained in Paragraph 8 of Plaintiff's Petition for Damages call for a legal conclusion and therefore, no response is required by Defendant.  However, to the extent a response is required, they are denied for lack of sufficient information to justify a reasonable belief therein.


**Certified True and Correct Copy**
CertID: 2022081500891

*Carl 3 Dew*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**9.**

The allegations contained in Paragraph 9 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a reasonable belief therein

**10.**

The allegations contained in Paragraph 10 of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a reasonable belief therein

**11.**

## PRAYER FOR RELIEF

Plaintiff's prayer for relief in the unnumbered paragraph of Plaintiff's Petition does not require a response; however, to the extent a response may be required, the allegations are denied as written.

***

**AND NOW FURTHER**, in further answer to Plaintiff's Petition for Damages, Defendant pleads the following:

**12.**

## JURY DEMAND

Subject to and without waiving the Exceptions set forth above, and out of an abundance of caution, Defendant hereby prays for a jury on all issues herein.

**13.**

## AFFIRMATIVE DEFENSES

**AND NOW, FURTHER**, in answer to Plaintiff's Petition, Defendant pleads the following affirmative defenses:

**14.**

Defendant denies the allegations contained in Plaintiff's Petition which have not been addressed herein.

**15.**

Plaintiff states no cause and/or right of action against Defendant upon which relief can be granted.


**Certified True and Correct Copy**
CertID: 2022081500891

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**16.**

Defendant affirmatively pleads that it is in in no way guilty of negligence or fault, nor did it cause or contribute to the injuries and/or damages alleged to have been sustained by Plaintiff.

**17.**

Defendant avers that if Plaintiff sustained damages in the manner alleged, which is denied, then the alleged damages occurred solely through the fault, negligence and want of due care on the part of the Plaintiff in a number of respects, all of which will be shown at trial of this cause, and for which Plaintiff can have no recovery against these Defendant herein, or, in the alternative, for which Plaintiff's recovery should be appropriately reduced.

**18.**

Defendant avers that if Plaintiff sustained damages in the manner alleged, which is denied, then the alleged damages occurred solely through the fault, neglect, want of due care, and actions of third parties, in a number of respects, all of which will be shown at the trial of this cause, and for which Plaintiff can have no recovery against the Defendant or, in the alternative, for which Plaintiff's recovery should be appropriately reduced.

**19.**

Defendant hereby pleads it is entitled to an offset and/or credit for any amounts Plaintiff obtains from any other defendants and/or third party(s) in connection with the alleged damages asserted herein.

**20.**

In the event that discovery reveals a failure by Plaintiff to wear a seat belt or heed the instructions of physicians or other evidence of a failure to mitigate damages, Defendant pleads Plaintiff's failure to mitigate damages, which should reduce Plaintiff's recovery on a comparative fault basis.

**21.**

Defendant specifically denies responsibility for any medical treatment or medical bills that are determined to be unreasonable, unnecessary, or unrelated to the alleged incident made the


**Certified True and
Correct Copy**
CertID: 2022081500891

*Carl 3 dm/*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

subject of this lawsuit.

**22.**

Defendant affirmatively avers that if the injuries and/or resulting disability alleged by Plaintiff existed prior to the alleged accident, the Defendants are not liable for said injuries, disabilities, and any resulting damages to Plaintiff.  In the alternative, and only in the event that it is found that these pre-existing injuries were aggravated by the alleged accident, Defendant avers their entitlement to the limitation of damages claimed against them to those resulting from the aggravation alone and not from the pre-existing injuries.

**23.**

Out of an abundance of caution, Defendant avers that Plaintiff's injuries and recoverable damages, if any, were the result of intervening and/or superseding causes on the part of persons or entities from whom these Defendant is not responsible.

**24.**

Defendant avers that the alleged damages complained of herein were due to unavoidable circumstances and causes beyond the control and fault of the Defendants and, therefore, these Defendant is not liable for Plaintiff's alleged damages.

**25.**

Defendant expressly avers, adopts, and pleads any and all affirmative defenses recognized under federal and Louisiana law, or any such similar laws, common or otherwise, or statutes, of any other state which might apply to the claims asserted by the Plaintiff.

**26.**

Defendant adopts all affirmative defenses, exceptions and/or denials asserted and/or to be asserted by any other defendant in this litigation as if copied herein *in extenso* to the extent those defenses, exceptions, and/or denials are not inconsistent with the defenses raised by the Defendant herein.



**Certified True and Correct Copy**
CertID: 2022081500891

*Carl 3 and*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

27.

## AMENDMENTS

Defendant reserves the right to amend this Answer by adding defenses, counterclaims, crossclaims, or by instituting third party demands as additional facts are obtained through investigation and discovery. Defendant preserves, and does not waive, any of the affirmative defenses set forth in Louisiana Code of Civil Procedure article 1005 or any other matter constituting an avoidance or affirmative defense as discovery may reveal to be applicable.

**WHEREFORE**, Defendant, **TRISURA SPECIALTY INSURANCE COMPANY**, prays that after all due proceedings be had, there be judgment rendered herein in favor of the Defendant and against the Plaintiff, denying and rejecting her claims with prejudice and dismissing her claims at her cost. Defendant further prays for a trial by jury and for all general and equitable relief permitted by law.

Respectfully submitted,

**DONOHUE, PATRICK & SCOTT, PLLC**

BLAKE A. ALTAZAN (#31595), baltazan@dps-law.com
KIRK A. PATRICK, III (#19728), kpatrick@dps-law.com
CHRISTOPHER J BOURGEOIS (#27971), cbourgeois@dps-law.com
RHETT MONROE (#39990), rmonroe@dps-law.com
450 Laurel Street, Suite 1600
Post Office Box 1629
Baton Rouge, Louisiana 70821-1629
Telephone: (225) 214-1908
Facsimile: (225) 214-3551
*Counsel for Trisura Specialty Insurance Company*

**Certified True and Correct Copy** CertID: 2022081500891 — East Baton Rouge Parish, Deputy Clerk Of Court — Generated Date: 8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing has this day been served via e-mail to below listed counsel:

Chet G. Boudreaux
GORDON MCKERNAN INJURY ATTORNEYS
5656 Hilton Avenue
Baton Rouge, LA 70808
chet@getgordon.com

Baton Rouge, Louisiana, this _____ day of July, 2022.

Blake A. Altazan (#31595)

East Baton Rouge Parish
Deputy Clerk Of Court

**Certified True and Correct Copy**
CertID: 2022081500891

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

| | |
|---|---|
| **HELEN BYRD** | **DOCKET NO. C-720055    DIV.  31** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC., and PEDRO PULIDO** | **EAST BATON ROUGE PARISH** |
| | **STATE OF LOUISIANA** |

### JURY ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the trial of this matter

be by jury upon Defendant, **TRISURA SPECIALTY INSURANCE COMPANY,** depositing

costs or filing a jury bond with good and solvent surety in the amount of $\_\_**TBD @ PTSC**\_\_ , and

that pursuant to Louisiana Code of Civil Procedure Article 1734, the Court hereby fixes the time

for making this deposit for costs or posting of jury bond for jury trial of this matter no later than

_____ days prior to trial.

Thus, signed in Baton Rouge, Louisiana, this \_\_**12th**\_\_day of \_\_\_\_**July**\_\_\_\_ , 2022.


_____
**HON. TIFFANY FOXWORTH-ROBERTS - JUDGE**
**19TH JUDICIAL DISTRICT COURT – DIV. 31**

*Col 3 in*

**Certified True and Correct Copy**
CertID: 2022081500891

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:36 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Jul 12, 2022 9:37 AM      C-720055
Deputy Clerk of Court              31
E-File Received Jul 11, 2022 4:57 PM

| | |
|---|---|
| **HELEN BYRD** | **DOCKET NO. C-720055      DIV.  31** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC., and PEDRO PULIDO** | **EAST BATON ROUGE PARISH** |
| | **STATE OF LOUISIANA** |

## RULE TO SHOW CAUSE

Considering the foregoing *Dilatory Exception of Nonconformity of the Petition and Vagueness*:

**IT IS HEREBY ORDERED** that Plaintiffs, HELEN BYRD, is commanded to appear and show cause, if any, on the **24th** day of _____**October**_____, 2022, at **9:45** o'clock **a** .m., as to why the *Dilatory Exception of Nonconformity of the Petition and Vagueness* by Defendant, **TRISURA SPECIALTY INSURANCE COMPANY**, should not be granted.

Baron Rouge, Louisiana this **18th** day of _____**July**_____, 2022.

_____
HON. TIFFANY FOXWORTH-ROBERTS - JUDGE
19TH JUDICIAL DISTRICT COURT – DIV. 31

**PLEASE SERVE:**

Helen Byrd
*Through her Counsel of Record:*
Chet G. Boudreaux
GORDON MCKERNAN INJURY ATTORNEYS
5656 Hilton Avenue
Baton Rouge, LA 70808
chet@getgordon.com



**Certified True and Correct Copy**
CertID: 2022081500894

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:37 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RETURN COPY**



D9434424

## RULE NISI

**HELEN BYRD**
(Plaintiff)

**NUMBER C-720055 31**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**TRISURA SPECIALTY INSURANCE COMPANY, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    **HELEN BYRD**
       **THROUGH HER COUNSEL OF RECORD**
       **CHET G. BOUDREAUX**
       **GORDON MCKERNAN INJURY ATTORNEYS**
       **5656 HILTON AVENUE**
       **BATON ROUGE, LA 70808**

The Mover in this case filed a **DEFENDANTS DILATORY, EXCEPTION OF NONCONFORMITY OF THE PETITION AND VAGUENESS AND JURY REQUEST**  Certified copies and the Court's Order are attached.

You **MUST** come to Court at **09:45 AM** on **10/24/2022** in Room **7B**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

**\* \* \* \* \* SEE ATTACHED ORDER \* \* \* \* \***

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 19, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **ALTAZAN, BLAKE A**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**DUE AND DILIGENT:**  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

made service on the named party

by tendering a copy of this document on this day

SERVICE:       $_____
MILEAGE       $_____
TOTAL:         $_____      JUL 2 7 2022                    _____
                                                                    Deputy Sheriff
          to B. HOLLINS/UCL _____      RULE NISI –2027

          R. Landry 0675

Deputy Sheriff, Parish of East Baton Rouge, LA

*CARL 3 DUN*



**Certified True and Correct Copy**
CertID: 2022081500896

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

RECEIVED

JUL 2 0 2022

E B R SHERIFF'S OFFICE



Certified True and
Correct Copy
CertID: 2022081500896

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 04, 2022 8:13 AM
Deputy Clerk of Court
E-File Received Aug 03, 2022 3:55 PM

C-720055
31

| | |
|---|---|
| HELEN BYRD | DOCKET NO.: 720,055  SECTION "31" |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| TRISURA SPECIALTY INSURANCE COMPANY, MAIN TRANSPORT, INC. and PEDRO PULIDO | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Helen Byrd, who moves for leave of court to file a supplemental and amending petition for damages for the following reasons set forth:

1.

The plaintiff filed a petition for damages on or about June 14, 2022.

2.

Plaintiff desires to file a supplemental and amending petition for damages to clarify whether the amount of her damages claimed meets the requisite threshold to establish jurisdiction of the court, right to a jury trial, or the lack of jurisdiction of federal courts.

3.

The filing of this supplemental and amending petition for damages by plaintiff will not unduly delay this case.

4.

In addition, undersigned counsel contacted counsel for defendant, Blake A. Altazan, on behalf of Trisura Specialty Insurance Company, regarding this Motion for Leave and he advised that his client has no opposition to same. No other defendants have made an appearance in the captioned matter to date.

WHEREFORE, plaintiff respectfully prays for leave of court to file her first supplemental and amending petition for damages.

Respectfully submitted:

Chet G. Boudreaux (#28504)
GORDON McKERNAN INJURY ATTORNEYS
Direct:  (225) 926-1578
Direct Fax:  (225) 490-4516
chet@getgordon.com
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone:  (225) 888-8888

1

Certified True and
Correct Copy
CertID: 2022081500898

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

HELEN BYRD                                    DOCKET NO.:  720,055  SECTION "31"

VERSUS                                        19TH JUDICIAL DISTRICT COURT

TRISURA SPECIALTY INSURANCE                   PARISH OF EAST BATON ROUGE
COMPANY, MAIN TRANSPORT, INC.
and PEDRO PULIDO                              STATE OF LOUISIANA
******************************************************************************

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion has this date been sent by

electronic mail to the following:

Blake A. Altazan
Donohue, Patrick & Scott
430 Laurel Street, Suite 1600
Baton Rouge, LA  70801
Telephone: (225) 214-1908
Fax: (225) 214-3551

       *Attorney for Defendant, Trisura Specialty Insurance Company*

Baton Rouge, Louisiana, this 3rd day of August, 2022.

                          Chet G. Boudreaux (#28504)

2

**Certified True and
Correct Copy**
CertID: 2022081500898

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

HELEN BYRD                                          DOCKET NO.: 720,055  SECTION "31"

VERSUS                                              19TH JUDICIAL DISTRICT COURT

TRISURA SPECIALTY INSURANCE                         PARISH OF EAST BATON ROUGE
COMPANY, MAIN TRANSPORT, INC.
and PEDRO PULIDO                                    STATE OF LOUISIANA
**********************************************************************************

## <u>ORDER</u>

Considering the forgoing Motion:

IT IS ORDERED that plaintiff is hereby allowed to file her supplemental and amending

petition for damages into the record of the above-captioned matter.

THUS DONE AND SIGNED in Baton Rouge, Louisiana, this __**8th**__ day of

_____**August**_____, 2022.


_____
HONORABLE TIFFANY FOXWORTH-ROBERTS
JUDGE, 19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

3


**Certified True and
Correct Copy**
CertID: 2022081500898

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 04, 2022 8:13 AM
Deputy Clerk of Court
E-File Received Aug 03, 2022 3:55 PM

C-720055
31

HELEN BYRD

VERSUS

TRISURA SPECIALTY INSURANCE
COMPANY, MAIN TRANSPORT, INC.
and PEDRO PULIDO

DOCKET NO.: 720,055  SECTION "31"

19ᵀᴴ JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA
**********************************************************************

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel comes plaintiff, Helen Byrd, a person of full age of majority residing in West Baton Rouge Parish, State of Louisiana, who, with respect, represents the following:

I.

Plaintiff desires to amend and supplement her original Petition for Damages to add paragraph 11 as follows:

"11.

Plaintiff reasonably believes that the value of her claim exceeds Seventy-Five Thousand ($75,000.00) exclusive of interest and costs."

**WHEREFORE,** plaintiff hereby reiterates and re-urges all of her prior allegations, requests and prayer, including but not limited to all matters set forth in her original Petition for Damages, all of which is respectfully submitted.

Respectfully submitted:

_____
Chet G. Boudreaux (#28504)
GORDON McKERNAN INJURY ATTORNEYS
Direct:  (225) 926-1578
Direct Fax:  (225) 490-4516
chet@getgordon.com
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone:  (225) 888-8888
Facsimile: (225) 926-1202

## SERVICE INFORMATION ON FOLLOWING PAGE

1

*Cml 3 ani*

Certified True and
Correct Copy
CertID: 2022081500900

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE THE FIRST SUPPPLEMENTAL AND AMENDING PETITION FOR DAMAGES:**

**TRISURA SPECIALTY INSURANCE COMPANY**
Through its counsel of record:
Blake A. Altazan
Donohue, Patrick & Scott
430 Laurel Street, Suite 1600
Baton Rouge, LA  70801


**PLEASE SERVE WITH THE ORIGINAL AND FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES _VIA THE LOUISIANA LONG-ARM STATUTE:_**

**MAIN TRANSPORT, INC.**
Through its registered agent:
Ruben Perez
14264 SW 289 Terrace
Homestead, FL  33033

**PEDRO PULIDO**
17116 SW 142 Court, Apartment 201
Miami, Florida, 33177

2

**Certified True and Correct Copy**
CertID: 2022081500900

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/15/2022 3:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).